# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**FILED JUN 0 1 2012**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

CJA 23 (Rev 5/92)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: US vs. Traub
AT: (Southern District of Illinois, East St. Louis)

LOCATION NUMBER: (blank)

PERSON REPRESENTED (Show your full name): Alfred Traub

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: (blank)
District Court: 12-30126-DRH
Court of Appeals: (blank)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
18 USC 922(a)(1)(A) + 923(a)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Wood River Glass – owner/part owner since 6/56
IF YES, how much do you earn per month? $1000/mo
IF NO, give month and year of last employment: (blank)
How much did you earn per month? $ (blank)
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ (blank)
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ (blank)

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
- $1502 – Social Security
- $1200 – Pension
- $400/mo – rental income

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ ~800

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
- VALUE $?200k – stock Wood River Glass – for retirement
- $35k – Home – possibly back taxes owed

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED)
Total No. of Dependents: grown
List persons you actually support and your relationship to them: wife in Alton Rehab Nursing home

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Credit card debt | | $20k | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-1-12

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ Alfred Verl Traub