IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                     )
                    Plaintiff,       )
                                     )
        vs.                          )        CRIMINAL NO. 12-CR-30126-DRH-SCW
                                     )
ALFRED VERLE TRAUB,                  )
                                     )
                    Defendant.       )

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

**HERNDON, David R., Chief Judge:**

On April 22, 2013, this court entered an order for forfeiture against defendant Alfred Verle Traub for the following property which had been seized from the defendant:

**One 12 gauge shotgun, bearing no serial number, unknown manufacturer, unknown model;**

**One New England Firearms Pardner Shotgun, .410 caliber, bearing serial number NA144553;**

**One Smith & Wesson, 460XVR Revolver, .460 caliber, bearing serial number CJK7764;**

**One Intratec CAT9 pistol, 9 mm, bearing serial number 07280;**

**One Zastava 70 pistol, 7.65 mm, bearing serial number E250503;**

**One Merwin & Hulbert revolver, .32 caliber, bearing serial number 35411;**

**One Ruger LLCP pistol, .380 caliber, bearing serial number 375-02569;**

One Clerke Technicorp Clerke 1st revolver, .32 caliber, bearing serial number 755075;

One Haskell JHP45 pistol, .45 caliber, bearing serial number X4159541;

One Mauser pistol, 8mm, bearing serial number 822247;

One F.N. (FN Herstal) pistol, 9mm, bearing serial number 106259;

One Ruger Vaquero revolver, .357 caliber, bearing serial number 57-87509;

One Smith & Wesson 4006 pistol, .40 caliber, bearing serial number TFL0341;

One Star, Bonifacio Echeverria pistol, 9mm, bearing serial number 1770018;

One Egypt pistol, 9mm, bearing serial number 1139303;

One FIE E15 revolver, .22 caliber, bearing serial number E800372;

One Smith & Wesson 29 revolver, .44 caliber, bearing serial number AYU1563;

One Echasa (Echave Y Arizmendi) GZ-MAB pistol, .32 caliber, bearing serial number 24048;

One Iver Johnson unknown model revolver, unknown caliber, bearing serial number 165889;

One Norinco (North China Industries) 213 pistol, 9mm, bearing serial number 723884;

One Smith & Wesson 27 revolver, .357 caliber, bearing serial number N831538;

One FMJ (Full Metal Jacket) D Derringer, .38-.45 caliber, bearing serial number 2610;

One Smith & Wesson Bodyguard revolver, .38 caliber, bearing serial number CPK1804;

One Colt 1892 DA revolver, .38 caliber, bearing serial number 7195;

One GAMBA (S.A.B./Renato Gamba) Mauser HSC pistol, .380 caliber, bearing serial number 102363;

One High Standard Duramatic pistol, .22 caliber, bearing serial number 1389443;

One Czechslovakia VZOR 70 pistol, 7.65 mm, bearing serial number 101670;

One Davis Industries P380 pistol, .380 caliber, bearing serial number AP435736;

One Ruger New Model Super Black revolver, .44 caliber, bearing serial number 82-19000;

One PPI Pocket Pal revolver, .22/380 caliber, bearing serial number CTG000302;

One Smith & Wesson 4006 pistol, .40 caliber, bearing serial number THB1153;

One Haskell (MFGR) JS45 pistol, .45 caliber, bearing serial number 018948;

One Smith & Wesson 4566 pistol, .45 caliber, bearing serial number TDT3733;

One Smith & Wesson unknown model revolver, .38 caliber, bearing serial number 3593;

One Ruger New Model Super Black revolver, .44 caliber, bearing serial number 81-81907;

One Astra 1916 pistol, .32 caliber, bearing serial number 74213;

One Interarms Virginian Dragoon revolver, .44 caliber, bearing

serial number S16090;

One Czechslovakia unknown model pistol, unknown caliber,
bearing serial number Y7450;

One Rock Island Armory Inc. (Geneseo, IL) 1911 pistol, .45 caliber,
bearing serial number RIA1082699;

One Smith & Wesson unknown model revolver, .38 caliber, bearing serial number 515311;

One Fyrberg Andrew unknown model revolver, unknown caliber, bearing serial number 719;

One unknown manufacturer Regent revolver, .22 caliber, bearing serial number R69238;

One Ruger New Model Blackhawk revolver, .41 caliber, bearing serial number 47-87391;

One Russian 1895 revolver, 7.62x38 mm, bearing serial number 189528401;

One Star, Bonifacio Echeverria unknown model pistol, 9 mm, bearing serial number 03757;

One Harrington and Richardson 732 revolver, .32 caliber, bearing serial number AU190478;

One Molgora Modesto (Mondial) 1900 pistol, .22 caliber, bearing no serial number;

One unknown manufacturer, unknown model shotgun, 12 gauge, bearing serial number 33935;

One 12 gauge shotgun, unknown manufacturer, unknown, bearing no serial number;

One 12-gauge shotgun, unknown manufacturer, unknown model, bearing no serial number;

One 12 gauge Husqvarna shotgun, bearing serial number 164891;

One 12 gauge Lefever Nitro Special shotgun, bearing serial number 249188;

One Savage 311 shotgun, 20 gauge, bearing serial number 5100;

One 12 gauge shotgun, unknown manufacturer, unknown model, bearing serial number 48539;

One 12 gauge Clement shotgun, unknown model, bearing no serial number;

One Husqvarna unknown model shotgun, 12 gauge, bearing serial number 222048;

One Winchester 120 Ranger shotgun, 12 gauge, bearing serial number L1538383;

One New England Firearms Pardner shotgun, 12 gauge, bearing serial number NK215316;

One China Jing An HL shotgun, 12 gauge, bearing serial number 9605824;

One Savage 940 shotgun, 20 gauge, bearing no serial number;

One Mossberg 500 shotgun, 12 gauge, bearing serial number L530134;

One High Standard Flite King Deluxe shotgun, 12 gauge, bearing serial number 3065724;

One Remington Arms Company, Inc. 11 shotgun, 12 gauge, bearing serial number 229056;

One 12 gauge shtogun, unknown manufacturer, unknown model, bearing no serial number;

One Savage 220 shotgun, 12 gauge, bearing no serial number;

One Winchester 67 rifle, .22 caliber, bearing no serial number;

One CBC (Companhia Braziliera De Cartuchos) 702 Pinkster rifle, .22 caliber, bearing serial number EFH243371;

One Maverick Arms (Eagle Pass, TX) 88 shotgun, 12 gauge, bearing

serial number MV71952A;

One Mossburg unknown model rifle, .22 caliber, bearing no serial number;

One Remington Arms Company, Inc. 870 shotgun, 12 gauge, bearing serial number 510745V;

One Turkey Charles Daly Field shotgun, 12 gauge, bearing serial number 957060;

One Davis-Warner Arms Corp. AJAX shotgun, 16 gauge, bearing serial number B1184;

One Chinese YL 12 shotgun, 12 gauge, bearing serial number 9507729;

One Husqvarna unknown model shotgun, 12 gauge, bearing serial number 211752;

One unknown manufacturer, unknown model shotgun, 12 gauge, bearing serial number 565;

One Enfield rifle, .303 caliber, bearing serial number 63811;

One unknown manufacturer M1944 rifle, 7.62x54 mm, bearing serial number BF0231;

One unknown manufacturer 583.21 shotgun, 16 gauge, bearing no serial number;

One Remington Arms Company, Inc. unknown model shotgun, 12 gauge, bearing serial number 751801;

One Mossberg 185D shotgun, 20 gauge, bearing no serial number;

One Browning unknown model shotgun, 12 gauge, bearing no serial number;

One unknown manufacturer 1942 rifle, unknown caliber, bearing

serial number 96774;

One Remington Arms Company, Inc. 48 shotgun, 12 gauge, bearing serial number 5293112;

One Bridge Gun Co., unknown model shotgun, 12 gauge, bearing serial number A769451;

One Mossburg 500 shotgun, 12 gauge, bearing serial number B80992;

One unknown manufacturer 583.1 shotgun, 12 gauge, bearing no serial number;

One Kessler Arms Corporation 128 FR shotgun, 12 gauge, bearing no serial number;

One Mossberg 500 shotgun, 12 gauge, bearing serial number J430168;

One Winchester 12 shotgun, 12 gauge, bearing serial number 418190;

One unknown manufacturer, unknown model shotgun, 20 gauge, bearing no serial number;

One F.N. (FN Herstal) unknown model shotgun, 16 gauge, bearing serial number 42513;

One Winchester 370 shotgun, 20 gauge, bearing serial number C398782;

One Savage 775 shotgun, 12 gauge, bearing serial number 155318;

One unknown manufacturer 1940 rifle, unknown caliber, bearing serial number 18385;

One Marlin Firearms Co. unknown model shotgun, 12 gauge, bearing serial number 6162;

One unknown manufacturer Western Field shotgun, 12 gauge, bearing serial number 60320;

One unknown manufacturer Revelation shotgun, 12 gauge, bearing serial number P440136;

One New England Firearms Pardner shotgun, 12 gauge, bearing serial number NH265103;

One Harrington & Richardson 1908 shotgun, 12 gauge, bearing serial number A449288;

One Shattuck, C.S., Arms Co. American shotgun, 12 gauge, bearing no serial number;

One unknown manufacturer J. Stevens shotgun, unknown gauge, bearing serial number F038;

One New England Firearms Pardner shotgun, 20 gauge, bearing serial number NT212219;

One unknown manufacturer Ted Williams 200 shotgun, 12 gauge, bearing no serial number;

One Marlin Firearms Co. 20 rifle, .22 caliber, bearing serial number 26542603;

One Japan unknown model rifle, unknown caliber, bearing serial number 192204;

One Hopkins and Allen unknown model shotgun, 12 gauge, bearing serial number P0980;

One Winchester 140 Ranger shotgun, 12 gauge, bearing serial number N938818;

One China Jing An HL shotgun, 12 gauge, bearing serial number 9201931;

One unknown manufacturer T. Barker shotgun, 12 gauge, bearing

**no serial number;**

**One Winchester 1200 shotgun, 12 gauge, bearing serial number 181986;**

**One Winchester 1200 shotgun, 12 gauge, bearing serial number 174356;**

**One Mossberg 183D shotgun, .410 caliber, bearing no serial number;**

**One Marlin Firearms Co. 81 rifle, .22 caliber, bearing no serial number;**

**One Colt Colteer rifle, .22 caliber, bearing serial number SC03103;**

**One Clement unknown model shotgun, 12 gauge, bearing no serial number;**

**One Smith & Wesson 916 shotgun, 12 gauge, bearing serial number B11292;**

**One Remington Arms Company, Inc. unknown model shotgun, 12 gauge, bearing serial number 254131;**

**One Remington Arms Company, Inc. 31 shotgun, 12 gauge, bearing serial number 123606;**

**One unknown manufacturer Stevens shotgun, 16 gauge, bearing no serial number; and**

**One unknown manufacturer, unknown model shotgun, 20 gauge, bearing no serial number.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 1, 2013, and ending May 30, 2013, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 22, 2013, namely:

**One 12 gauge shotgun, bearing no serial number, unknown manufacturer, unknown model;**

**One New England Firearms Pardner Shotgun, .410 caliber, bearing serial number NA144553;**

**One Smith & Wesson, 460XVR Revolver, .460 caliber, bearing serial number CJK7764;**

**One Intratec CAT9 pistol, 9 mm, bearing serial number 07280;**

**One Zastava 70 pistol, 7.65 mm, bearing serial number E250503;**

**One Merwin & Hulbert revolver, .32 caliber, bearing serial number 35411;**

**One Ruger LLCP pistol, .380 caliber, bearing serial number 375-02569;**

**One Clerke Technicorp Clerke 1st revolver, .32 caliber, bearing serial number 755075;**

**One Haskell JHP45 pistol, .45 caliber, bearing serial number X4159541;**

One Mauser pistol, 8mm, bearing serial number 822247;

One F.N. (FN Herstal) pistol, 9mm, bearing serial number 106259;

One Ruger Vaquero revolver, .357 caliber, bearing serial number 57-87509;

One Smith & Wesson 4006 pistol, .40 caliber, bearing serial number TFL0341;

One Star, Bonifacio Echeverria pistol, 9mm, bearing serial number 1770018;

One Egypt pistol, 9mm, bearing serial number 1139303;

One FIE E15 revolver, .22 caliber, bearing serial number E800372;

One Smith & Wesson 29 revolver, .44 caliber, bearing serial number AYU1563;

One Echasa (Echave Y Arizmendi) GZ-MAB pistol, .32 caliber, bearing serial number 24048;

One Iver Johnson unknown model revolver, unknown caliber, bearing serial number 165889;

One Norinco (North China Industries) 213 pistol, 9mm, bearing serial number 723884;

One Smith & Wesson 27 revolver, .357 caliber, bearing serial number N831538;

One FMJ (Full Metal Jacket) D Derringer, .38-.45 caliber, bearing serial number 2610;

One Smith & Wesson Bodyguard revolver, .38 caliber, bearing serial number CPK1804;

One Colt 1892 DA revolver, .38 caliber, bearing serial number 7195;

One GAMBA (S.A.B./Renato Gamba) Mauser HSC pistol, .380 caliber, bearing serial number 102363;

One High Standard Duramatic pistol, .22 caliber, bearing serial number 1389443;

One Czechshlovakia VZOR 70 pistol, 7.65 mm, bearing serial number 101670;

One Davis Industries P380 pistol, .380 caliber, bearing serial number AP435736;

One Ruger New Model Super Black revolver, .44 caliber, bearing serial number 82-19000;

One PPI Pocket Pal revolver, .22/380 caliber, bearing serial number CTG000302;

One Smith & Wesson 4006 pistol, .40 caliber, bearing serial number THB1153;

One Haskell (MFGR) JS45 pistol, .45 caliber, bearing serial number 018948;

One Smith & Wesson 4566 pistol, .45 caliber, bearing serial number TDT3733;

One Smith & Wesson unknown model revolver, .38 caliber, bearing serial number 3593;

One Ruger New Model Super Black revolver, .44 caliber, bearing serial number 81-81907;

One Astra 1916 pistol, .32 caliber, bearing serial number 74213;

One Interarms Virginian Dragoon revolver, .44 caliber, bearing serial number S16090;

One Czechshlovakia unknown model pistol, unknown caliber,

bearing serial number Y7450;

One Rock Island Armory Inc. (Geneseo, IL) 1911 pistol, .45 caliber, bearing serial number RIA1082699;

One Smith & Wesson unknown model revolver, .38 caliber, bearing serial number 515311;

One Fyrberg Andrew unknown model revolver, unknown caliber, bearing serial number 719;

One unknown manufacturer Regent revolver, .22 caliber, bearing serial number R69238;

One Ruger New Model Blackhawk revolver, .41 caliber, bearing serial number 47-87391;

One Russian 1895 revolver, 7.62x38 mm, bearing serial number 189528401;

One Star, Bonifacio Echeverria unknown model pistol, 9 mm, bearing serial number 03757;

One Harrington and Richardson 732 revolver, .32 caliber, bearing serial number AU190478;

One Molgora Modesto (Mondial) 1900 pistol, .22 caliber, bearing no serial number;

One unknown manufacturer, unknown model shotgun, 12 gauge, bearing serial number 33935;

One 12 gauge shotgun, unknown manufacturer, unknown, bearing no serial number;

One 12-gauge shotgun, unknown manufacturer, unknown model, bearing no serial number;

One 12 gauge Husqvarna shotgun, bearing serial number 164891;

One 12 gauge Lefever Nitro Special shotgun, bearing serial number 249188;

One Savage 311 shotgun, 20 gauge, bearing serial number 5100;

One 12 gauge shotgun, unknown manufacturer, unknown model, bearing serial number 48539;

One 12 gauge Clement shotgun, unknown model, bearing no serial number;

One Husqvarna unknown model shotgun, 12 gauge, bearing serial number 222048;

One Winchester 120 Ranger shotgun, 12 gauge, bearing serial number L1538383;

One New England Firearms Pardner shotgun, 12 gauge, bearing serial number NK215316;

One China Jing An HL shotgun, 12 gauge, bearing serial number 9605824;

One Savage 940 shotgun, 20 gauge, bearing no serial number;

One Mossberg 500 shotgun, 12 gauge, bearing serial number L530134;

One High Standard Flite King Deluxe shotgun, 12 gauge, bearing serial number 3065724;

One Remington Arms Company, Inc. 11 shotgun, 12 gauge, bearing serial number 229056;

One 12 gauge shtogun, unknown manufacturer, unknown model, bearing no serial number;

One Savage 220 shotgun, 12 gauge, bearing no serial number;

One Winchester 67 rifle, .22 caliber, bearing no serial number;

One CBC (Companhia Braziliera De Cartuchos) 702 Pinkster rifle, .22 caliber, bearing serial number EFH243371;

One Maverick Arms (Eagle Pass, TX) 88 shotgun, 12 gauge, bearing serial number MV71952A;

One Mossburg unknown model rifle, .22 caliber, bearing no serial number;

One Remington Arms Company, Inc. 870 shotgun, 12 gauge, bearing serial number 510745V;

One Turkey Charles Daly Field shotgun, 12 gauge, bearing serial number 957060;

One Davis-Warner Arms Corp. AJAX shotgun, 16 gauge, bearing serial number B1184;

One Chinese YL 12 shotgun, 12 gauge, bearing serial number 9507729;

One Husqvarna unknown model shotgun, 12 gauge, bearing serial number 211752;

One unknown manufacturer, unknown model shotgun, 12 gauge, bearing serial number 565;

One Enfield rifle, .303 caliber, bearing serial number 63811;

One unknown manufacturer M1944 rifle, 7.62x54 mm, bearing serial number BF0231;

One unknown manufacturer 583.21 shotgun, 16 gauge, bearing no serial number;

One Remington Arms Company, Inc. unknown model shotgun, 12 gauge, bearing serial number 751801;

One Mossberg 185D shotgun, 20 gauge, bearing no serial number;

One Browning unknown model shotgun, 12 gauge, bearing no serial number;

One unknown manufacturer 1942 rifle, unknown caliber, bearing serial number 96774;

One Remington Arms Company, Inc. 48 shotgun, 12 gauge, bearing serial number 5293112;

One Bridge Gun Co., unknown model shotgun, 12 gauge, bearing serial number A769451;

One Mossburg 500 shotgun, 12 gauge, bearing serial number B80992;

One unknown manufacturer 583.1 shotgun, 12 gauge, bearing no serial number;

One Kessler Arms Corporation 128 FR shotgun, 12 gauge, bearing no serial number;

One Mossberg 500 shotgun, 12 gauge, bearing serial number J430168;

One Winchester 12 shotgun, 12 gauge, bearing serial number 418190;

One unknown manufacturer, unknown model shotgun, 20 gauge, bearing no serial number;

One F.N. (FN Herstal) unknown model shotgun, 16 gauge, bearing serial number 42513;

One Winchester 370 shotgun, 20 gauge, bearing serial number C398782;

One Savage 775 shotgun, 12 gauge, bearing serial number 155318;

One unknown manufacturer 1940 rifle, unknown caliber, bearing serial number 18385;

One Marlin Firearms Co. unknown model shotgun, 12 gauge, bearing serial number 6162;

One unknown manufacturer Western Field shotgun, 12 gauge, bearing serial number 60320;

One unknown manufacturer Revelation shotgun, 12 gauge, bearing serial number P440136;

One New England Firearms Pardner shotgun, 12 gauge, bearing serial number NH265103;

One Harrington & Richardson 1908 shotgun, 12 gauge, bearing serial number A449288;

One Shattuck, C.S., Arms Co. American shotgun, 12 gauge, bearing no serial number;

One unknown manufacturer J. Stevens shotgun, unknown gauge, bearing serial number F038;

One New England Firearms Pardner shotgun, 20 gauge, bearing serial number NT212219;

One unknown manufacturer Ted Williams 200 shotgun, 12 gauge, bearing no serial number;

One Marlin Firearms Co. 20 rifle, .22 caliber, bearing serial number 26542603;

One Japan unknown model rifle, unknown caliber, bearing serial number 192204;

One Hopkins and Allen unknown model shotgun, 12 gauge, bearing serial number P0980;

One Winchester 140 Ranger shotgun, 12 gauge, bearing serial number N938818;

One China Jing An HL shotgun, 12 gauge, bearing serial number

9201931;

One unknown manufacturer T. Barker shotgun, 12 gauge, bearing no serial number;

One Winchester 1200 shotgun, 12 gauge, bearing serial number 181986;

One Winchester 1200 shotgun, 12 gauge, bearing serial number 174356;

One Mossberg 183D shotgun, .410 caliber, bearing no serial number;

One Marlin Firearms Co. 81 rifle, .22 caliber, bearing no serial number;

One Colt Colteer rifle, .22 caliber, bearing serial number SC03103;

One Clement unknown model shotgun, 12 gauge, bearing no serial number;

One Smith & Wesson 916 shotgun, 12 gauge, bearing serial number B11292;

One Remington Arms Company, Inc. unknown model shotgun, 12 gauge, bearing serial number 254131;

One Remington Arms Company, Inc. 31 shotgun, 12 gauge, bearing serial number 123606;

One unknown manufacturer Stevens shotgun, 16 gauge, bearing no serial number; and

One unknown manufacturer, unknown model shotgun, 20 gauge, bearing no serial number.

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United

States Marshal shall dispose of the property according to law.   The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal.

Digitally signed by
David R. Herndon
Date: 2013.08.09
10:18:04 -05'00'

**DATE: August 9, 2013**

**Chief Judge**
**United States District Court**

21